# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
## MISCELLANEOUS CASE NO. 1:23-mc-000~~22~~-MR

FILED
CHARLOTTE, NC

NOV 01 2023

US District Court
Western District of NC

|  |  |
|---|---|
| IN RE: STANDING ORDER OF INSTRUCTIONS REGARDING CASES FILED UNDER 28 U.S.C. §§ 2241, 2254 OR 2255 | ) ) ) ) ) ) ) |

## STANDING ORDER

**THIS MATTER** is before the Court to advise the *pro se* Petitioner/Movant ("*pro se* litigant") of several essential requirements of proceeding in this Court.

**IT IS, THEREFORE, ORDERED** as follows:

1.    It is the *pro se* litigant's responsibility to become familiar with the applicable rules and procedures governing their case, including but not limited to, the Federal Rules of Civil Procedure and this Court's Local Rules.

2.    No letters may be sent to the Clerk of Court, any District Judge, any Magistrate Judge, or any other Court employee concerning the case. All letters will be ignored and will not receive a response. A *pro se* litigant may only file a motion, a memorandum, any pleading allowed by the procedural rules, or any document ordered by the Court. Further, all documents filed in the case must include the case number assigned to the action. Only documents that are properly filed with the Court, and which include the

correct case number, will be docketed in the case. Documents shall include only one civil case number, and any document listing multiple civil case numbers may be returned or stricken. If the *pro se* litigant wishes to have a file stamped copy returned for his or her records, the *pro se* litigant shall provide an extra copy of the document to the Clerk of Court.

3. A *pro se* litigant and his or her family, friends or acquaintances must not call, visit, or otherwise communicate with any Judge's office for any reason. No information about the case can be obtained from the Judge's office. General case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee may provide legal advice to any litigant, including *pro se* litigants.

4. A *pro se* litigant must promptly notify the Court of any change in his or her address by filing a written "Notice of Change of Address" including the case number, the litigant's name, and the new address. The Notice of Change of Address must include a certificate of service indicating that a copy has been served to counsel for the opposing party.

5. It is the *pro se* litigant's responsibility to actively pursue his/her case, file necessary pleadings and motions, comply with Court orders, and refrain from making frivolous or duplicative filings.

2

6.    Premature, misdirected, duplicative or otherwise improper filings will not be permitted.  See generally Dietz v. Bouldin, 579 U.S. 40, 47 (2016) ("[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases.").

7.    Failure to promptly notify the Court of any change of address, or otherwise fail to comply with these Instructions or the applicable procedural rules, may result in the dismissal of the case for lack of prosecution.

**IT IS SO ORDERED this the** __/__ **day of** _November_ ___, **2023.**


Martin Reidinger

Chief United States District Judge

3